UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    Crim. No. 08-244 (CKK) |
| v. | : |
| | : |
| ALESHIA PRINGLE, | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

The United States of America, through its undersigned counsel, hereby gives notice that Assistant United States Attorney Matthew P. Cohen is entering his appearance as additional counsel for the government. AUSA Cohen's D.C. Bar number is 469-629; his phone number is (202) 514-7427; his room number is 4118; and his e-mail address is Matthew.Cohen2@usdoj.gov.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar # 498-610

        NANCY JACKSON
        Assistant U.S. Attorney

By:         /s/
        MATTHEW P. COHEN
        Assistant U.S. Attorney
        D.C. Bar #469-629
        Organized Crime and Narcotics Trafficking Section
        555 4th Street, N.W., Rm. 4118
        Washington, D.C. 20530
        (202) 514-7427 office
        (202) 514-8707 facsimile