CO-180 (Rev. 4/02)

# WARRANT FOR ARREST

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.

**ALESHIA PRINGLE**

**DOCKET NO:** CR-08-244
**MAGIS. NO:**

**NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED:** ALESHIA PRINGLE

**FILED AUG 1 2 2008** NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

**DOB:** **PDID:**

**WARRANT ISSUED ON THE BASIS OF:** INDICTMENT

**DISTRICT OF ARREST:**
**CITY:**

**TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF 50 GRAMS OR MORE OF COCAINE BASE
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF COCAINE BASE

**IN VIOLATION OF:**
UNITED STATES CODE TITLE & SECTION:
21: 841(a)(1) and 841(b)(1)(A)(iii) and 841(a)(1) and 841(b)(1)(A)(iii)

**BAIL FIXED BY COURT:**
**OTHER CONDITIONS OF RELEASE:**

**ORDERED BY:** MAGISTRATE JUDGE KAY
**SIGNATURE (JUDGE/MAGISTRATE JUDGE):** U.S. MAGISTRATE JUDGE KAY
**DATE ISSUED:** 8/7/08

**CLERK OF COURT:** Nancy Mayer-Whittington
**BY DEPUTY CLERK:** [signature]
**DATE:** 8/7/08

### RETURN

This warrant was received and executed with the arrest of the above-named person.

**DATE RECEIVED:** 12 Aug 2008
**DATE EXECUTED:** 12 Aug 2008
**HIDTA CASE:** Yes ___ No X
**NAME AND TITLE OF ARRESTING OFFICER:** Dusm Robert C Byars
**SIGNATURE OF ARRESTING OFFICER:** [signature]
**OCDETF CASE:** Yes ___ No X

1552370