UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 08-CR-244 (CKK)** |
| | : | |
| v. | : | |
| | : | |
| **ALESHIA PRINGLE,** | : | |
|                     **Defendant.** | : | |

### GOVERNMENT'S MOTION TO TRANSFER CASES
### PURSUANT TO RELATED CASE RULE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Honorable Court to transfer the above-captioned case to the Honorable Royce C. Lamberth, under the related case provisions of the local rules. As grounds therefore, the government offers the following points and authorities, and any other information that may be provided at a hearing on this motion.

1. On or about August 7, 2008, the grand jury returned an indictment in the instant case. At that time the assigned Assistant United States Attorney was out of the office and therefore, the United States failed to file a Notice of Related Case indicating that the matter was related to a case pending before the Honorable Royce C. Lamberth.

2. Pursuant to Local Criminal Rule number 57.12 (c)(2), "[w]here the existence of related cases in this Court is revealed after the cases are assigned, the judge having the later-numbered case may transfer that case to the Calendar Committee for reassignment to the judge having the earlier case." The Government submits that the above captioned case, 08-244, is related to a case pending before Judge Lamberth in that they all arise from the same investigation.

5.	Pursuant to Local Criminal Rule number 57.12 (c)(1), new cases are to be assigned "to the judge to whom the oldest related case is assigned." The Government submits that the oldest related case is presently pending before Judge Lamberth.

6.	The Government further submits that, consistent with Local Criminal Rule 57.12(d), consolidation of these cases before the same Judge, will avoid a duplication of judicial effort.

WHEREFORE, the United States respectfully requests that its Motion to Transfer Pursuant to Local Criminal Rule 57.12 be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610


_____/s/_____
Nancy B. Jackson
Matthew P. Cohen, Bar No. 469629
Assistant United States Attorneys
Organized Crime and Narcotics Trafficking
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0029
(202) 514-7427
E-mail: Nancy.Jackson@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 08-CR-244 (CKK)** |
| | : | |
| v. | : | |
| | : | |
| **ALESHIA PRINGLE,** | : | |
|       **Defendant.** | : | |

_____

## ORDER

Based on the representations in the government's motion to transfer the above captioned case, and finding good cause therefor, it is this _____ day of August, 2008, hereby

ORDERED that the above captioned case be transferred to The Honorable Royce C. Lamberth.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge