CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Number 08-244 (RCL) |
| ) | |
| ALESHIA PRINGLE ) | Category  B |
| ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on August 29, 2008 from Judge Colleen Kollar-Kotelly to Chief Judge Royce C. Lamberth by direction of the Calendar Committee.

(Reassigned as related to 08cr013)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Kollar-Kotelly & Courtroom Deputy
Chief Judge Lamberth & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Criminal Case Processing Clerk
U.S. Attorney—Judiciary Square Building, Room 5133
Statistical Clerk